UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| STEVE PAWLACZYK,<br><br>       Plaintiff,<br><br>   vs.<br><br>ROAD MACHINERY, LLC, and DOES 1-10,<br><br>       Defendants. | No.  11-cv-02772-MCE-GGH<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to the Honorable Morrison C. England, Jr., Courtroom 7<br><br>Complaint Filed: October 20, 2011 |

Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  June 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

11-cv-02772—ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE